FILED

MAR 05 2018

Clerk, US Bankruptcy Court
District Of Montana



# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 03–27–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| DOUGLAS GEORGE JENSEN, | |
| Defendant. | |

IT IS ORDERED that the Findings and Recommendation entered on

February 20, 2018, by United States Magistrate Judge John Johnston, (Doc. 102),

is ADOPTED IN FULL. The Petition for Summons for Offender Under

Supervision, (Doc. 95), is DISMISSED. The defendant is to remain on supervised

release subject to the same conditions as previously set forth.

Dated this ___5___ day of March, 2018.

Donald W. Molloy, District Judge
United States District Court