PROB 12A
DMT Rev 8-18

# UNITED STATES DISTRICT COURT
## FOR
## DISTRICT OF MONTANA
### Report on Offender Under Supervision

**Name of Offender:** Douglas G Jensen         **Docket Number:** 0977 9:03CR00027-001

**Name of Sentencing Judicial Officer:**   THE HONORABLE DONALD W. MOLLOY
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 02/24/2004

**Original Offense:** 21:841B=CP.F; CONTROLLED SUBSTANCE - POSSESSION WITH INTENT TO DISTRIBUTE

**Original Sentence:** Lifetime imprisonment, 120 months Supervised Release

**Type of Supervision:** Supervised Release         **Date Supervision Commenced:** 12/27/2017

## NON-COMPLIANCE SUMMARY

### Background

On February 24, 2004, the defendant appeared for sentencing before THE HONORABLE DONALD W. MOLLOY, UNITED STATES DISTRICT JUDGE, having been found guilty by bench trial of the offense of 21:841B=CP.F; CONTROLLED SUBSTANCE - POSSESSION WITH INTENT TO DISTRIBUTE. The offense involved the defendant being found in possession of approximately 260 grams of pure methamphetamine. He was sentenced to life imprisonment, followed by 10 years of supervised release. On 08/03/2016 an Executive Grant of Clemency was signed by President Barack Obama terminating the defendant's custody sentence and subjecting him to the supervised release term originally imposed by the sentencing court. The defendant began the current term of supervised release on 12/27/2017.

On February 5, 2018, a Report on Offender Under Supervision was submitted to the Court reflecting that the defendant had consumed alcohol on two separate occasions. Judge Molloy requested a Petition for Summons be submitted.

On February 6, 2018, a Petition for Summons for Offender was filed with the Court reflecting the defendant consumed alcohol on two occasions. On February 13, 2018, the defendant appeared before the United States Magistrate Judge John Johnston. On March 5, 2018, the Summons for Offender Under Supervision was dismissed and the defendant was to remain on supervised release and subject to the same conditions previously set forth.

On October 7, 2019, a Report on Offender Under Supervision was filed reflecting the defendant had consumed alcohol on two separate occasions. Judge Molloy agreed with the United States Probation

**Report on Offender Under Supervision**
**Name of Offender: Douglas G Jensen**
**Page 2**

Officer in allowing the defendant to obtain his antidepressants medications to address his self reported depression.

Since that time, the probation officer believes the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special condition:** You must abstain from the consumption of alcohol and are prohibited from entering establishments where alcohol is the primary item of sale. |
| | On June 8, 2019, this officer contacted the defendant at his residence. The defendant admitted he had consumed alcohol the previous evening. He also admitted to drinking a couple of beers either at his residence or at one of the bars downtown in Great Falls on Sunday evenings for the last couple of weeks. |

**U.S. Probation Officer Action:**

On June 8, 2020, this officer addressed the concerns of the defendant continuing to be resistant toward his no alcohol condition. The defendant continues to state he is not "breaking the law," it is a "special condition of the Court." The defendant was advised if he continues to go down this road, the work he has put into his freedom (apartment and employment) are going to be null and void.

This officer asked what he needed to get himself back into compliance. The defendant stated he does not think his medications are working so he called his medical provider at Big Sky Family Care while this officer was present and asked to see the Nurse Practioner. The defendant was advised to be in their office at 8:30 a.m. the next day.

On that date, this officer also advised the defendant it may be in his best interest to look into the Vivitrol Shot, which is a blocker for cravings. The defendant is on Medicaid and the Vivitrol shot would be approved. The defendant was directed to discuss this with his medical provider in the morning. This officer also advised the defendant he would be referred to Gateway Community Services to further address his alcohol use and his thought processes. The defendant felt he does not need the treatment component; however, he was advised treatment and a possible Cognitive Behavioral Therapy group is warranted.

On June 9, 2020, this officer verified with Big Sky Family Center the defendant showed for his appointment. The physician agreed with the defendant being placed on Vivitrol and upping his antidepressant medication. The defendant was due to be given the shot on June 16, 2020.

On June 16, 2020, this officer received a call from Big Sky Family Care advising the defendant was clean on his blood screen and they are working on getting Medicaid approval to cover his Vivitrol

Report on Offender Under Supervision
Name of Offender: Douglas G Jensen
Page 3

injection. The defendant will also start seeing Nathan Steward at Gateway Recovery Service on Mondays at 9:00 a.m. and will be in the Cognitive Behavior Therapy group on Tuesday nights at 5:30 p.m.

It is respectfully recommended the defendant's release be continued. Any further violations will be immediately reported to the Court.

Reviewed
By: _____
Kevin Heffernan
Supervising United States Probation Officer
Date: 06/17/2020

Respectfully Submitted
By: _____
Nichole Anderson
United States Probation Officer
Date: 06/17/2020

## ORDER OF COURT

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a Request for Warrant or Summons

☑ Agrees with U.S. Probation Officer's recommendation

_____
Donald W Molloy
United States District Judge

June 18, 2020 09:49AM
Date